CHENANGO SHOPPING CENTER, INC., Appellant, v. HAROLD T. HICKEY et al., Respondents.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.